Argued and submitted July 9, reversed and remanded August 19, petition for review denied November 24, 2009 (347 Or 348)

In the Matter of the Suspension of
the Driving Privileges of

Gerald Stanley ROBINSON,
*Petitioner-Respondent,*

*v.*

DRIVER AND MOTOR VEHICLE
SERVICES DIVISION (DMV),
a division of the Department of Transportation,
*Respondent-Appellant.*

Clackamas County Circuit Court
CV07120601; A138669

215 P3d 114

Leigh A. Salmon, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

John Henry Hingson III argued the cause and filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

Reversed and remanded. *Staglin v. DMV*, 227 Or App 240, 205 P3d 90, *rev den*, 346 Or 364 (2009).